# United States Court of Appeals
## For the First Circuit

No. 17-1036

UNITED STATES OF AMERICA,

Appellant,

v.

MARQUIS AIKEN,

Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on December 18, 2017, is amended as follows:

On page 9, line 8, "premise" is replaced with "premises".

On page 11, line 16, "While the majority acknowledges" is replaced with "While we recognize"